UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| ANGELA ROBINSON, individually; CLARA BUSBY, as next friend, guardian, and parent of and for minors L.H. and T.H.; and RACHEL AMBLER, as independent administrator of, and on behalf of, ANGELA ROBINSON, minors L.H. and T.H., the ESTATE OF SAVION VASHON HALL, and SAVION VASHON HALL'S heirs-at-law, | § § § § § § § § | |
| | § | CIV. ACT. NO. 7:21-CV-00111-DC |
| Plaintiffs, | § § § | JURY DEMANDED |
| v. | § § | |
| MIDLAND COUNTY, TEXAS; SOLUTA, INC.; ADEOLA C. ADESOMI; FLOR ESTRADA; TIMOTHY GENE FORBUSH, JR.; ESTHER EBELE IHEDIWA; LILIAN KERUBO OKERI; KELLY V. ROBINS; and DANIEL T. STICKEL | § § § § § § § | |
| Defendants. | | |

## ORDER DENYING MIDLAND COUNTY, TEXAS'S DEFENDANTS' RULE 12(c) MOTION TO DISMISS (Doc. 31)

The Court considered Midland County, Texas's Defendants' Rule 12(c) Motion to Dismiss (Doc. 31) on the date subscribed to this order. After considering that motion, Plaintiffs' response in opposition to that motion, and the pleadings and other papers on file, the Court finds that the motion should be and is in all things DENIED.

IT IS THEREFORE ORDERED that Midland County, Texas's Defendants' Rule 12(c) Motion to Dismiss (Doc. 31) be and is DENIED.

Signed on the _____ day of _____, 2021.

                                                _____
                                                      JUDGE PRESIDING